IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASHAL | )JUDGE |
|     PLAINTIFF, | ) MAGISTRATE  JUDGE |
|     v. | ) CASE |
| ROYAL JORDANIAN AIRLINE, | ) |
| ZAKHA | ) |
|     DEFENDANTS. | ) |

EMERGENCY
MOTION FOR  INJUNCTIVE-DECLATORY RELIEF & OR AN EVIDENTIARY HEARING

Plaintiff seeks injunctive-declaratory relief (TRO) to prevent Defendant Royal Jordanian Airline from sending, Jordanian passport holder, Defendant Sami Zakha, back to the country of Jordan and that plaintiff seeks to depose a  Royal Jordanian employee based in Jordan who is in the United States only until April 24, 2008.

Respectfully Submitted,

s\Christopher Cooper, ESQ., PHD. 14 April 2008
Counsel for Plaintiff
Mailing: 3700 W. 103rd Street, Chicago, IL 60655
Or, PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned swears that the foregoing Complaint was filed on ECF on April 14, 2008 and that he placed a copy of the Complaint into an envelope and will deposit it into the US Mail on Monday, August 14, 2008 addressed to Attorney Michael Holland, Cordon & Forsyth LLP. (counsel for RJ and Mr. Zakha), Times Square Tower, 7 Times Square, New York, New York 10036.     s\Christopher Cooper.

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| MASHAL | )JUDGE |
|    PLAINTIFF, | ) MAGISTRATE  JUDGE |
|    v. | ) CASE |
| ROYAL JORDANIAN AIRLINE, | ) |
| ZAKHA | ) |
|    DEFENDANTS. | ) |

_____

EMERGENCY
MEMORANDUM IN SUPPORT OF MOTION FOR  INJUNCTIVE-DECLATORY RELIEF &
OR AN EVIDENTIARY HEARING

     Now comes Plaintiff and states as follows through her Attorney, Christopher C. Cooper:

(1)    Plaintiff seeks injunctive-declaratory relief (TRO) to prevent Defendant Royal Jordanian Airline from sending, Jordanian passport holder, Defendant Sami Zakha, back to the country of Jordan and that plaintiff seeks to depose a Royal Jordanian employee based in Jordan who is in the United States until April 24, 2008.  The latter individual's deposition is crucial to plaintiff prosecuting her case and the primary basis for this Emergency Motion.

(2)    Upon reasonable information and belief, Defendant Royal Jordanian will send Defendant Zakha back to Jordan in July 2008. The earliest that EEOC will finish its investigation is approximately August 8, 2008. By then, Mr. Zakha will no longer be in the United States.

(3)    Pursuant to a FRCP 65 analysis:  Plaintiff's lawsuit:  1) has a likelihood of success on the merits due to overwhelming evidence of  tortious actions by defendants; 2) [Plaintiff's lawsuit] presents a threat of irreparable harm should Mr. Zakha return to Jordan, since it is not likely that plaintiff's counsel could cause him to be returned to the United Sates;  and 3) there is not an adequate remedy at law.  Having met these conditions, plaintiff's counsel asserts that a balance of the hardships and the impact on public interest show that it is

prudent that an injunction issue or that appropriate guarantees are made to the satisfaction of the Court that Mr. Zakha will be available for a deposition sitting and that he is available defendant this lawsuit (cf. Illusions Too Reality, LLC v. City of Harvey, 2003).

(4)    The government of the Country of Jordan (for which Defendant Royal Jordanian is a government agency) is a United Nations Member; however, Jordan has not signed the [Convention on the Elimination of All Forms of Discrimination against Women](#), hence it has not complied with United Nations Treaty, Article 18.  Since this Article personifies the issues in the above captioned matter, it is reasonable to conclude that Royal Jordanian will not make Mr. Zakha available to plaintiff's attorney and this Court.

(5)    An additional employee of Royal Jordanian Airline, Mr. Zaid Lambaz is in the United States until April 24, 2008 and that plaintiff's counsel seeks permission of the Court to depose him prior to his departure.  Although, it is believed that Mr. Lambaz is cooperative, concerns expressed in the foregoing cause plaintiff's counsel to want to seize the opportunity to depose him forthwith.

WHEREFORE, Plaintiffs asks the Court to grant injunctive relief without a hearing or that it convene an evidentiary hearing as to a TRO.

Respectfully Submitted,

s\Christopher Cooper, ESQ., PHD. 14 April 2008
Counsel for Plaintiff
Mailing: 3700 W. 103rd Street, Chicago, IL 60655
Or, PO Box 1225, Hammond, IN 46325 Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned swears that the foregoing Complaint was filed on ECF on April 14, 2008 and that he placed a copy of the Complaint into an envelope and will deposit it into the US Mail on Monday, August 14, 2008 addressed to Attorney Michael Holland, Cordon & Forsyth LLP. (counsel for RJ and Mr. Zakha), Times Square Tower, 7 Times Square, New York, New York 10036.    s\Christopher Cooper.