IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASHAL | ) JUDGE Grady |
| PLAINTIFF, | ) MAGISTRATE JUDGE Schenkier |
| v. | ) CASE: 08cv2096 |
| ROYAL JORDANIAN AIRLINE, | ) |
| ZAKHA | ) |
| DEFENDANTS. | ) |

TO: Attorney Michael Holland, Cordon & Forsyth LLP. (counsel for RJ and Mr. Zakha), Times Square Tower, 7 Times Square, New York, New York 10036.

NOTICE OF MOTION
EMERGENCY

MOTION FOR INJUNCTIVE-DECLATORY RELIEF & OR AN EVIDENTIARY HEARING

On April 21, 2008 at 9:30 am, at 219 S. Dearborn, Chicago, Courtroom 2201, I will appear before the Honorable Judge Grady and there present the attached motion entitled: MOTION FOR INJUNCTIVE-DECLATORY RELIEF & OR AN EVIDENTIARY HEARING.

Respectfully Submitted,
s\Christopher Cooper, ESQ., PHD. 14 April 2008
Counsel for Plaintiff
Mailing: 3700 W. 103rd Street, Chicago, IL 60655
Or, PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned swears that the foregoing Complaint was filed on ECF on April 14, 2008 and that he e-mailed as well as faxed and placed a copy of the Complaint, Motion, memorandum in Support and Notice into an envelope and will deposit it into the US Mail on Monday, August 14, 2008 addressed to Attorney Michael Holland, Cordon & Forsyth LLP. (counsel for RJ and Mr. Zakha), Times Square Tower, 7 Times Square, New York, New York 10036.    s\Christopher Cooper.

Case 1:08-cv-02096  Document 7  Filed 04/14/2008  Page 2 of 2