IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASHAL | ) JUDGE Grady |
|     PLAINTIFF, | ) MAGISTRATE JUDGE Schenkier |
|     v. | ) CASE: 08cv2096 |
| ROYAL JORDANIAN AIRLINE, | ) |
| ZAKHA | ) |
|     DEFENDANTS. | ) |

TO:

Attorney Michael Holland

Attorney Patrick Keating

WITHDRAWAL OF MOTION

Please be advised that Plaintiff has withdrawn her motion (entitled:

MOTION FOR INJUNCTIVE-DECLATORY RELIEF & OR AN EVIDENTIARY

HEARING) scheduled for April 21, 2008 at 9:30 am.

Respectfully Submitted,
s\Christopher Cooper, ESQ., PHD. 14 April 2008
Counsel for Plaintiff
Mailing: 3700 W. 103rd Street, Chicago, IL 60655
Or, PO Box 1225, Hammond, IN 46325
Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned swears that the foregoing was filed on ECF on April 16, 2008 and that he e-mailed this notice to Mr. Keating and Mr. Holland.
s\Christopher Cooper.