AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mashal,

V.

Royal Jordanian Airline,
Zakha

CASE NUMBER: 08cv2096

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Holland,
Cordon & Forsyth LLP.
Times Square Tower
7 Times Square
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Cooper, 3700 West 103rd Street, Chicago, IL 60655
Tel: 312 371 6752 Fax: 866 334 7458
E-mail: cooperlaw3234@gmail.com

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) DEPUTY CLERK                                                    DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Mailed APRIL 14, 2008 |
| NAME OF SERVER (PRINT) CHRISTOPHER COOPER | TITLE P.F. COUNSEL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Placed INTO US MAIL, APRIL 14, 2008 addressed TO ATTY. MICHAEL HOLLAND, CORDON + FORSYTH. IN RESPONSE TO LAWSUIT, I WAS CONTACTED TELEPHONICALLY BY ATTY. P. KEATING, WHO STATED THAT HE TOO WAS REPRESENTING RJ. HE FILED AN APP IN ECF 4/18/08 3429 04/15/08

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

Executed on April 21, 2008    Christopher Cooper
          Date              Signature of Server

3700 W. 103rd ST.
Chicago, IL 60655
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.