# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Manal Mashal

> Plaintiff,

v.

Royal Jordanian Airline, et al.

> Defendant.

Case No.: 1:08−cv−02096
Honorable John F. Grady

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

     MINUTE entry before Judge Honorable John F. Grady: The appearance of Attorney Patrick J. Keating having been filed in error is withdrawn. Therefore, Attorney Patrick J. Keating appearance is terminated for the defendants.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.