# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2096 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Mashal vs. Royal Jordanian Airline, et al. | | |

**DOCKET ENTRY TEXT**

The instant matter was reassigned to this Court by the Executive Committee on 04/17/08. Plaintiff's motions to withdraw temporary retraining order motion [8], [9] are granted. Plaintiff's motion for temporary restraining order [6] is hereby withdrawn. Initial status hearing set for 05/15/08 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge Der-Yeghiayan's web page or from this Court's Courtroom Deputy.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|