## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 C 2096

Mashal, Plaintiff

v.

Royal Jordanian Airline, Zakha, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Royal Jordanian Airline (SPECIAL APPEARANCE FOR THE PURPOSE OF CONTESTING SERVICE OF PROCESS ONLY)

| |
|---|
| NAME (Type or print) <br> Patrick J. Keating |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick J. Keating |
| FIRM <br> O'Hagan Spencer LLC |
| STREET ADDRESS <br> One E. Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211380 | TELEPHONE NUMBER <br> 312-422-6135 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of May, 2008, I electronically filed ***THE ATTORNEY APPEARANCE OF PATRICK J. KEATING*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs**

Christopher Cooper, Esq.
3700 W. 103rd Street
Chicago, IL 60655

/s/ Patrick J. Keating
Attorney for Defendants

Patrick J. Keating
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110