21087-PJK                                                                                                           Case No. 08 C 2096

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Mashal**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **08 C 2096** |
| ) | |
| **Royal Jordanian Airline, and Zakha**, ) | Judge Der-Yeghiayan |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 14, 2008, at 9:00 a.m. we shall appear before the Honorable Judge Der-Yeghiayan in Room **1903**, or any judge sitting in his place and stead, in the United States District Court for the Northern District of Illinois, Eastern Division, and will then and there present **MOTION OF ROYAL JORDANIAN AIRLINE TO QUASH SERVICE OF SUMMONS AND TO RE-SET INITIAL STATUS CONFERENCE.** Defendant's motion is filed herewith and hereby served upon you.

Dated: May 8, 2008                                                                  Respectfully Submitted:

                                                                                                  By: s\ Patrick J. Keating
                                                                                                  Counsel Defendant

Patrick J. Keating (ARDC 6211380)
Kristine S. Phillips (ARDC 6273374)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:

Michael J. Holland
**Condon & Forsyth LLP**

Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 894-6740
Fax: (212) 370-4482

## **CERTIFICATE OF SERVICE**

This is to certify that on this **8th** day of **May, 2008**, I electronically filed **MOTION OF ROYAL JORDANIAN AIRLINE TO QUASH SERVICE OF SUMMONS AND TO RE-SET INITIAL STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Cooper, Esq.
3700 W. 103rd Street
Chicago, IL 60655
**E-mail: cooperlaw3234@gmail.com; cooper@sxu.edu**

By: s\ Patrick J. Keating
Counsel Defendant

Patrick J. Keating (ARDC 6211380)
Kristine S. Phillips (ARDC 6273374)
**O'Hagan Spencer LLC**
One E. Wacker Drive, Suite 3400
Chicago, IL 60601
312-422-6100 – Phone
312-422-6110 – Fax

Of Counsel:

Michael J. Holland
**Condon & Forsyth LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 894-6740
Fax: (212) 370-4482