IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASHAL | ) JUDGE Der-Yeghiayan |
|     PLAINTIFF, | ) MAGISTRATE JUDGE Schenkier |
|     v. | ) CASE 08cv2096 |
| ROYAL JORDANIAN AIRLINE, | ) |
| ZAKHA | ) |
|     DEFENDANTS. | ) |

NOTICE OF MOTION

MOTION FOR RECONSIDERATION

On May 22, 2008, at 9:00AM, 219 S. Dearborn Chicago, I will present before Judge Der-Yeghiayan, in the courtroom usually occupied by him, plaintiff's Motion for Reconsideration.

Respectfully Submitted,

s\Christopher Cooper, ESQ., PHD. 14 May 2008
Counsel for Plaintiff
Mailing: 3700 W. 103rd Street, Chicago, IL 60655
Or, PO Box 1225, Hammond, IN 46325 Tel: 312 371 6752 or 219 228 4396
FAX: 866 334 7458;  E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE

Undersigned swears that he filed the foregoing on ECF and that Patrick Keating is a registered e-filer.  On May 14, 2008, the foregoing motion, memorandum and Notice will be deposited into the US Mail addressed to defendants.   s\Christopher Cooper.