# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2096 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Manal Mashal vs. Royal Jordanian Airline, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs brought the instant action, indicating that she is going to bring claims under Title VII and 42 U.S.C.A. § 1983 once she receives a right to sue letter from the Equal Employment Opportunity Commission. These claims are thus premature. The only remaining claims are state claims and not federal claims. However, the court must first determine that the court has subject matter jurisdiction. Plaintiff states that this court has diversity subject matter jurisdiction. However, Plaintiff in the statement of the parties states that "Plaintiff is a United States citizen and that she is a resident of the State of Illinois (County of Cook) and was harmed by defendants in the state of Illinois." (Compl. 4). The Seventh Circuit has stated that "[w]hen the parties allege residence but not citizenship, the court must dismiss the suit." *Guaranty Nat. Title Co., Inc. v. J.E.G. Associates*, 101 F.3d 57, 58-59 (7th Cir. 1996). Therefore, based on the foregoing, we dismiss the instant action. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MW |
|---|---|---|