# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2096 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Manal Mashal vs. Royal Jordanian Airline, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion to waive filing fee [21] is denied and Plaintiff's motion to vacate document 19 [23] is denied.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

     This matter is before the court on Plaintiff Manal Mashal's ("Mashal") motion to vacate. On May 14, 2008, we dismissed the instant action since Mashal failed to properly allege that the court had subject matter jurisdiction. Mashal then filed a motion for reconsideration, which we denied on May 22, 2008, since Mashal had not shown that the court erred in dismissing the action. Mashal now requests that the court vacate the May 14, 2008, order, dismissing the instant action. We note that Mashal has incorrectly identified the May 14, 2008, ruling, as docket entry number 19 on the docket. The ruling is actually docket entry number 20. Mashal acknowledges in her instant motion that she failed to properly allege that the court has subject matter jurisdiction. Mashal has not shown that the court erred in the May 14, 2008, ruling, and she has not pointed to evidence that she could not have previously presented. Therefore, we deny the motion to vacate.

     Mashal has also filed a motion seeking to have the court waive the filing fee for the filing of a new complaint in a new action, contending that it would be a burden on counsel to have to pay a second filing fee. Mashal has not provided justification or authority to support her request to waive a filing fee for a future action. Therefore, we deny the motion to waive the filing fee.